UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RA-NU-RA-KHUTI-AMEN BEY,

    Plaintiff,

v.                                      CASE NO.: 8:16-mc-139-T-23TGW

PAT FRANK, et al.,

    Defendants.
_____/

## **ORDER**

The magistrate judge recommends (Doc. 12) dismissing the plaintiff's complaint (Docs. 6, 7) for failing to comply with the pleading standards of Rule 8, Federal Rules of Civil Procedure, and recommends allowing the plaintiff thirty days to amend the complaint. More than fourteen days has passed, and no party objects. The report and recommendation (Doc. 12) is **ADOPTED**. No later than **MAY 29, 2017**, the plaintiff must amend the complaint to state a legal claim. Failure to comply with this order will result in dismissal of the action without further notice.

In preparing the amended complaint the plaintiff must comply with Rules 8, 9, 10, and 12, Federal Rules of Civil Procedure and the Local Rules. For example, Rule 8, Federal Rules of Civil Procedure states that a complaint must include: "(1) a short and plain statement of the grounds for the court's jurisdiction . . . (2) a short and plain statement of the claim showing that the pleader is entitled to

relief; and (3) a demand for the relief sought . . . ." Rule 10 states that "[a] party must state its claims . . . in numbered paragraphs, each limited as far as is practicable to a single set of circumstances . . . . If doing so would promote clarity, each claim founded on a separate transaction or occurrence . . . must be stated in a separate count." The plaintiff must identify to which particular defendant each separate count applies.

The plaintiff is warned that litigation in federal court is difficult. The complaint suffers from deficiencies that suggest the plaintiff requires legal advice and assistance from a member of The Florida Bar. The plaintiff can contact The Florida Bar for the names of organizations providing free or low cost legal services to eligible persons. The court cannot assist a party, even a *pro se* party, in conducting a case.

ORDERED in Tampa, Florida, on April 28, 2017.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE